UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ARYEH GOLDSTEIN, ADAR BAYS, LLC, AND ADAR ALEF, LLC. <br><br> Defendants. | Civil Action No. 1:24cv20261 |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S CONSENT MOTION TO ENTER FINAL JUDGMENTS AS TO ARYEH GOLDSTEIN, ADAR BAYS, LLC, AND ADAR ALEF, LLC**

Plaintiff Securities and Exchange Commission ("Commission") files this Consent Motion to Enter Final Judgments as to Defendants Aryeh Goldstein, Adar Bays, LLC, and Adar Alef, LLC ("Settling Defendants") and would respectfully show the Court as follows:

1. The Commission has filed suit against the Settling Defendants alleging that Defendants violated Section 15(a)(1) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78o(a)(1)] by acting as unregistered securities dealers.

2. Before filing this action, the parties attempted to resolve the Commission's claims against the Settling Defendants, resulting in their presentment of settlement offers to the Commission, which are contained in signed Consents that the Commission is filing along with this motion. Without admitting or denying the allegations in the Complaint, the Settling Defendants have consented to entry of final judgments imposing disgorgement and pre-judgment interest thereon, a civil penalties, a penny stock bar, certain permanent injunctions, and cancellation of shares of certain securities against each of the Settling Defendants.

3. A copy of the Consent by Defendant Aryeh Goldstein is attached as Exhibit 1. The proposed Final Judgment as to Defendant Aryeh Goldstein is attached as Exhibit 2.

4. A copy of the Consent by Defendant Adar Bays, LLC is attached as Exhibit 3. The proposed Final Judgment as to Defendant Adar Bays, LLC is attached as Exhibit 4.

5. A copy of the Consent by Defendant Adar Alef, LLC is attached as Exhibit 5. The proposed Final Judgment as to Defendant Adar Alef, LLC is attached as Exhibit 6.

6. The Commission respectfully requests that, pursuant to these Consents, the Court enter the proposed final judgments against the Settling Defendants.

DATED: January 23, 2024

Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

By its attorneys,

/s/ *Alfred A. Day*
Alfred A. Day (Mass. BBO No. 654436)
Lauchlan Wash (Mass BBO No. 629092)
Ellen Moynihan (Mass. BBO No. 567598)
Boston Regional Office
33 Arch Street, 24th Floor
Boston, Massachusetts 02110
(617) 573-8900 (Main)
(617) 573-4537 (Day)
(617) 573-4590 (Facsimile)
daya@sec.gov (Day)